| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 0538 3:16cr29-HTW-LRA-002 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 2:23-04001-01-CR-C-BCW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | SD/MS | NORTHERN |
| TARUNKUMAR PURUSHOTTAMBHAI PATEL | NAME OF SENTENCING JUDGE | |
| | Honorable Henry T. Wingate, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 01-14-2022 | TO 01-13-2025 |

OFFENSE

18 U.S.C. § 371 - Conspiracy to Commit Fraud with Immigration Documents

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Southern   DISTRICT OF   Mississippi

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Western District of Missouri   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

22 December 2022      /s/ Henry T. Wingate
Date                              United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Western   DISTRICT OF   Missouri

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/9/23                              /s/ Brian C. Wimes
Effective Date                United States District Judge